UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thompson Pacific Construction, Inc., ) | Case No. 3:15-CV-01091-WHO |
| )  Plaintiff, ) | **ORDER ON JOINT STIPULATION** |
| ) v. ) | |
| ) American International Group, Inc., ) American Int'l Specialty, Chartis ) Specialty Insurance Company, Chartis ) Property Casualty Company, Chartis ) Casualty Company, and Does 1 through ) 100, ) ) Defendants. ) | |

    This matter having come before the Court upon Plaintiff Thompson Pacific Construction, Inc. ("TPC"), and Defendants American International Group, Inc. (AIG Inc.) and AIG Specialty Insurance Company (AIG Specialty), joint Stipulation as follows:

    1.    TPC's action against AIG, Inc. will be stayed and AIG, Inc.'s motion to dismiss will be taken off calendar. Within 30 days after TPC obtains full and complete copies of all of the insurance policies issued by AIG and/or its subsidiaries as identified in AIG, Inc.'s and/or AIG Specialty's moving papers, TPC will either:

-1-

Stipulation and Order.    No. 3:15-CV-01091-WHO

     a.    Dismiss AIG, Inc. if each of the full and complete policies are produced and show that AIG, Inc. is not a party to any of those policies, or

     b.    File its opposition to AIG, Inc.'s motion to dismiss, upon which a hearing date will be scheduled.

    2.    Pursuant to Federal Rules of Civil Procedure, Rule 15(a)(1)(B), TPC will file a First Amended Complaint by April 3, 2015.

    3.    AIG Specialty will take its motion to dismiss or, alternatively for a more definite statement off calendar, without prejudice.

The Court having reviewed the joint Stipulation; and after due deliberation and sufficient cause appearing therefore, the Court finds that the joint Stipulation is hereby granted.

IT IS SO ORDERED.

Dated: March 27, 2015      By: _____
                                         Judge William H. Orrick
                                         Federal District Court Judge.