UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMPSON PACIFIC CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br><br> Defendants. | Case No. 15-cv-01091-WHO <br><br> **ORDER REFERRING CASE TO PRIVATE MEDIATION** |

The court has been advised by the ADR Unit that the parties have selected Private Mediation. As previously directed at the Case Management Conference in this matter, mediation should be completed by January 30, 2016.

**IT IS SO ORDERED.**

Dated: October 30, 2015

WILLIAM H. ORRICK
United States District Judge